UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Igloo Products Corporation,<br><br>    Defendant. | Case No. 4:21-cv-00505<br><br>Jury Trial Demanded |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, YETI Coolers, LLC ("YETI"), and Defendant, Igloo Products Corporation ("Igloo"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims, counterclaims, and defenses asserted therein.  YETI and Igloo each shall bear their own costs and attorneys' fees.

SO ORDERED:
Dated: _____, 2021

_____
Honorable Sim Lake
United States District Judge

So Stipulated:

By: */s/ Joseph J. Berghammer*
Joseph J. Berghammer (admitted in the Southern District of Texas)
Attorney-In-Charge
Illinois Bar No. 6273690
Southern District of Texas Bar No. 2868672
jberghammer@bannerwitcoff.com
Katherine Laatsch Fink (admitted *pro hac vice*)
Illinois Bar No. 6292806
kfink@bannerwitcoff.com
John A. Webb, Jr. (admitted *pro hac vice*)

By: */s/ Abby L. Parsons (with permission)*
Abby L. Parsons
Attorney-In-Charge
aparsons@kaslaw.com
King Spalding LLP
1100 Louisiana St., Suite 4000
Houston TX 77002
Telephone: (713) 751-3294

Holmes J. Hawkins, III
hhawkings@kslaw.com

Illinois Bar No. 6321695
jwebb@bannerwitcoff.com
Alexander J. Bruening (admitted *pro hac vice*)
Illinois Bar No. 6335629
abruening@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR
YETI COOLERS, LLC**

King & Spalding LLP
1180 Peachtree St Ne
Atlanta, GA 30309
Telephone: (404) 572-2443

**ATTORNEY FOR IGLOO PRODUCTS CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through its counsel of record.

*/s/ Joseph J. Berghammer*
FOR YETI COOLERS, LLC